Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |
|---|---|
| Diana Natale<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br>See attached<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☑ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Diana Natale |
| Street Address | 100 Village Way |
| City and County | Westport, Ma (Bristol County) |
| State and Zip Code | Mass. 021790 |
| Telephone Number | 774-826-6633 |
| E-mail Address | diana4u2010@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

*See attached*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**HOWARD M. COOPER**
**CHRISTIAN G. KIELY**
**TODD & WELD LLP**
One Federal Street
Boston, Massachusetts 02110
Telephone: (617) 720-2626
Facsimile: (617) 227-5777
hcooper@toddweld.com
ckiely@toddweld.com
Counsel for Dave Portnoy

**Attorney Paul  G .Anderson.**
333 7th Ave Fl 2,
New York,NY 10001-5029
Telephone: (732) 400-5878
paul.anderson@barstoolsports.com
Counsel for BarStool Sports. Inc.

**Harrison  J Markowsky**
67 Cricket Lane
North Andover ,Mas 01845
Telephone (508) 957- 6138
wmarkowsky@gmail.com

**Justin H, Trudell**
44 Maple  St.
Norton, MA 02766
phone: Cell (774) 226-5988
jhtrudell@yahoo.com

**Kirk Minihane**
4 Sherburne Rd
Lexington,Mass 02421
Telephone: Cell (781) 424-0129

kirkminihaneshow@gmail.com

christine.minihane@gmail.com

2

**Michelle C Littlefield**

192 Erin Rd

East Taunton,Ma 02718

DCS 55 Bedford St

Bridgewater ,Ma 02324

Telephone: (508) 328-9285

Telephone : (508) 659-4436

tyllyn@hotmail.com

ccastro@divcorp.com

**Charles E Castro**

56 Kalman Pl

DCS 55 Bedford St

Bridgewater, Ma 02324

Telephone: (781) 844-8440
Telephone:(508) 659-4436
ccastro@divcorp.com

**Steve E Robinson**
5 Joan St
New Brunswick,Maine
25 Abbott Hill Road
Dexter ,ME 04967
Telephone (207) 570-0670
Telephone (915) 269-0141
robinson@the mainewire.com
TheCase@barstoolsports.com

3

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[ ] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)*  Diana Natale , is a citizen of the State of *(name)*  Mass .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)*  Bar Stool Sports Inc. , is a citizen of the State of *(name)*  New York . Or is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* _Bar Stool Sports Inc,_ is incorporated under the laws of the State of *(name)* _Delaware_ , and has its principal place of business in the State of *(name)* _New York_ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_See attached_

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief :

Plaintiff, Diana Natale , respectfully requests that the Court grant her the following relief :Punitive Damages in the amount of assessed by the jury on each Count,including fees,costs,and interest and grant other further relief as the Court deems just and proper. The Civil complaint before this Honorable Court is so egregious that Plaintiff doesn't even know how to begin to assess damages .What is before the Honorable Court will affect generation after generation  for years to come if not into infinity .What is before this Honor Court and what the Plaintiff has dealt with for almost 3 years and it continues is insurmountable.

Statement of Claim :

Count 1. Defamation , starting 2021 -2024  and continues

Count  2. I Invasion of Privacy  starting 2021 -2024 and continues

Count 3. Violation of Massachusetts Wire Tapping Act

Count 4. Violation  of M.G.L.c 265.s 43Massachusetts law on Cyberstalking defined as using electronic communication to harass or intimidate someone.

1.  Defendants : Kirk Minihane, Steve Robinson starting from 2021 to 2024 did violate counts 1- 4  by phone,internet, on several media outlets,podcast as written in Plaintiffs Complaint .

2. Defendants : Justin H Trudell, Harrison  J Markowsky from April 2021  did violate Count 1 and Count 2. on  the case Wrap-Up show produced by them and The Kirk Minihane Show as well as Steve Robinson  and it continues to this day

1

Statement of Claim continued:

    3. Defendant : Michelle C Littlefield starting in 2009 to which Plaintiff had no idea until 2021  and it continues to this day  did violate Count 1.

    4. Defendant : Charles E Castro starting in 2009  to which Plaintiff had no idea until 2021  and it continues to this day  did violate Count 1.

The Massachusetts discovery rule, in essence, **alters the starting point of the statute of limitations**. Rather than commencing from the date of the incident, it begins when the injury is discovered or reasonably should have been discovered.

This Statement of claim  above was not known until mid 2021 because of the relationship they built with  KIrk Minihane a Defendant in this case. Michelle C Littlefield  and Charles E Castro continues the defamatory statements until this day, that are beyond egregious . Plaintiff had no reason for researching anything regarding an Interrogation by Defendants about someone else.

    5. Defendant :  Dave Portnoy  from April 2021 to 2024 has violated Count 1.on several twitter remarks . Defendant as the CEO owner of Barstool Sports.Inc. aided and abetted  his employees in  in Count 1, 2,3 ,4 the defendant must have had knowledge of the The Case Podcast, The Case Wrap Up , r/ thecasepod , filled with false defamatory statements and has had involvement in each show. If  Defendant denies knowing what his employees have done,, would he not be legally responsible as "respondeat superior " an employer is legally responsible for  the actions of its employees

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      _3/27/2024_

Signature of Plaintiff      _Deana Natale   Pro Se Litigant_
Printed Name of Plaintiff      _Diana Natale_

### B.      For Attorneys

Date of signing:      _____

Signature of Attorney      _____
Printed Name of Attorney      _____
Bar Number      _____
Name of Law Firm      _____
Street Address      _____
State and Zip Code      _____
Telephone Number      _____
E-mail Address      _____

2024 MAR 28  AM 11: 01

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Diana Natale,

               Plaintiff ,           Civil Action No.

BARSTOOL SPORTS,INC., DAVID PORTNOY

KIRK MINIHANE,STEVE ROBINSON,

JUSTIN TRUDELL,HARRISON MARKLOWSKY,

DCS INVESTAGATIONS

CHARLES CASTRO, MICHELLE LITTLEFIELD,

           Defendants.

## **COMPLAINT AND DEMAND FOR TRIAL BY JURY**

**DIANA NATALE ( Pro Se )**
100 Village Way
Westport,Ma 02790
774-826-6633
diana4u20102gmail.com

1

**HOWARD M. COOPER**
**CHRISTIAN G. KIELY**
**TODD & WELD LLP**
One Federal Street
Boston, Massachusetts 02110
Telephone: (617) 720-2626
Facsimile: (617) 227-5777
hcooper@toddweld.com
ckiely@toddweld.com
Counsel for Dave Portnoy


**Attorney Paul  G .Anderson.**
333 7th Ave Fl 2,
New York,NY 10001-5029
Telephone: (732) 400-5878
paul.anderson@barstoolsports.com
Counsel for BarStool Sports. Inc.

**Harrison  J Markowsky**
67 Cricket Lane
North Andover ,Mas 01845
Telephone (508) 957- 6138
wmarkowsky@gmail.com

**Justin H, Trudell**
44 Maple  St.
Norton, MA 02766
phone: Cell (774) 226-5988
jhtrudell@yahoo.com

**Kirk Minihane**
4 Sherburne Rd
Lexington,Mass 02421
Telephone: Cell (781) 424-0129

kirkminihaneshow@gmail.com

christine.minihane@gmail.com

2

**Michelle C Littlefield**

192 Erin Rd

East Taunton,Ma 02718

DCS 55 Bedford St

Bridgewater ,Ma 02324

Telephone: (508) 328-9285

Telephone : (508) 659-4436

tyllyn@hotmail.com

ccastro@divcorp.com

**Charles E Castro**

56 Kalman Pl

DCS 55 Bedford St

Bridgewater, Ma 02324

Telephone: (781) 844-8440
Telephone:(508) 659-4436
ccastro@divcorp.com

**Steve E Robinson**

5 Joan St
New Brunswick,Maine
25 Abbott Hill Road
Dexter ,ME 04967
Telephone (207) 570-0670
Telephone (915) 269-0141
robinson@the mainewire.com
TheCase@barstoolsports.com

3

## 1.    **INTRODUCTION**

1.        This case arises from Defendants publications of numerous false statements of fact that were defamatory and libel . Violation on the Wire Tapping Laws, Violation of the Privacy Act and the Infringement of the Copyright Act.

2.        Defendants knowing the publication and recordings of multiple false defamatory,libel,slanderous statements were maliciously made with intent to sway the public and to enhance  a Podcast ,The Kirk Minihane Show  ,You Tube  and over 35 other media groups in a false light,involving false statements  implicating the Plaintiff .

3.        The personal information used  by Defendants would traduce ,vilify ,calumniate,as well as asperse attacks against the Plaintiff. Defendants have  on The Kirk Minihane Show made reference on how many times  Kirk Minihane and BarStool Sports Inc. has been sued and would make lite of it and imply they have one the lawsuits .

 Perhaps it is the cost of doing business for  BarStool Sorts Inc. that generates its revenue through click bait journalism and  the publication of false and defamatory,libel,slanderous statements with no regard for the truth to enhance  The Case

**4.**

Podcast ,The Kirk Minihane Show and over 35 + other media groups that also went national and international .

4.      Defendants  lack of truth has always been nothing more defamatory and libel statements done in a malicious manner .Kirk Minihane and Defendants were more interested in building notoriety,ratings and monetary gain  than being truthful ,Kirk Minihane and Defendants depended on second hand defamatory statements from 30 years ago to induce listeners and readers to The Kirk Minihane Show,The Case Podcast for their own personal gain.

5.      Defendants published as facts in their statements Plaintiff Diana Natale( Miller) chained a young girl in a basement,knowing it was malicious and never proved through any legal documents yet continued their defamatory false statements , libel ,slanderous remarks in a false light again to continue to induce listeners to The Kirk Minihane Show,The Case Podcast  that has been seen nationally and internationally by millions.

**5.**

6.    Defendants publicized and insinuated that Plaintiff's young children did in fact engage in sexual acts against a young woman living with them,these UN substantiated allegations were malicious and defamatory false statements , libel and slanderous made in a false light injuring my children and their children and forever putting a shadow of doubt in people's minds as well as a suggestion of them being sexual predators. My children were 6,10,13,16,18 and unequivocally not engaging in sexual activities with this young woman. These allegations have been well published in various media,You Tube groups that have went nationally and internationally forever being apart of the internet and putting a shadow over the entire family for generations to come.

7.    Defendant  Michelle Littlefield  and Defendant Charles Castro makes defamatory false statements , libel ,slanderous statements  in a false light in a highly publicized interrogation that is on the internet ,You Tube ,The Case Podcast ,The Kirk Minihane Show  and over 35 + other media outlets . Charles Castro asked the person they were interviewing Quote " did  her husband know about all that others "making a false statement  again implying that Plaintiff was chasing young neighborhood boys.

**6.**

Charles Castro Quote "  she had a reputation of going after kids "  denied by the person

they were interviewing Quote ' Did not have a reputation for going after kids" end quote

by person Charles Castro was interviewing  . " You Tube ,The Case Podcast ,The Kirk

Minihane Show and multiple media groups and podcast ,YouTube etc that is seen by

millions nationally and internationally.  How can this all be rectified ? Truth is you can't

it will always and forever be a part of someones personal internet library.


8.     Michelle Littlefield continues her false statements "They were sick enough

to keep a girl tied in a basement,let neighborhood guys rape her"  statement is false and

was  maliciously made. Defendant Charles Castro  made further  defamatory false

statements, libel ,slanderous remarks in a false light with their remarks that Plaintiff was

having sex with all the young boys in the neighborhood. Plaintiff was a married woman

with 5 children and was not running any neighborhood having sex with anyone,never

mind the young children..


9.     Defendant Justin Trudell makes defamatory false statements  saying quote "

hearing Diana and what she is about how she (Plaintiff ) goes about her business Diana I

can definitely see her casting spells on someones girl friend" end quote .


**7.**

Plaintiff does not know any of these Defendants personally or in any other

manner,Plaintiff knows of them.

Once again Defendants makes a defamatory false statement " Diana threatened Kevin's

life that Kevin had to fix it ( regarding a missing girl) and its why Kevin is scared of

Diana ." .end of Justin's Quote


10.    Defendants have continued for over 2 years making the Plaintiff look

guilty of a criminal offense that she is not guilty,and there is no legal or credible

evidence of their defamatory false statements to include slanderous , malicious

remarks in a false light with total disregard for the laws and having the public believe

something that is not true , to give a false light and use the Plaintiff as click bait for the

their own personal

entertainment ,ratings and monetary gain.


11.    Defendants Kirk Minihan,Justin Trudell, Harrison Markowsky,

Michelle Littlefield, Charles Castro ,Steve Robinson makes defamatory false statements

over and over with complete disregard for the **TRUTH .** By the Defendants

implementing Plaintiff in a  False light that would make any reasonable person believe

that Plaintiff was guilty of a murder

8.

" I can see this Diana person (Plaintiff) had her Son and Kevin take care of Jennifer and that led to some riffs and Kevin said he can't deal with these people and went down to South Carolina my theory is all three are guilty." Again making Plaintiff look like a murderer in the disappearance of a 1989 missing girl case in the mind of a reasonable person nationally and internationally.

12.     Defendants Kirk Minihane Co-producer and Steve Robinson Producer takes Plaintiffs personal phone voice recording and puts it on a Podcast for the listenersnationally and internationally to recognize/ identify Plaintiffs voice. Plaintiff had made it very clear she did not want to be recorded or play any part in a podcast both verbally and in writing.

13.    Defendant Justin Trudell makes a defamatory statement quote " Plaintiffs phone recording is complete Bull Shit and threatening ,scare tactic for anyone calling her and Plaintiff is using a burner phone. Calls Plaintiff over and over a liar and evil and capable of anything.

9.

14.    Defendant Harrison Markowsky quote " if you look up Diana Natale there was no information on her,if you looked up Diana  Miller there was two small articles but no further information," over 30 years ago.

15.   Defendant Kirk Minihane on January 3rd ,2021 walks through 36 Broad St , Brockton,Mas makes a statement of  missing girl from 1989 being buried in the back yard of the Natales .Defendant Kirk Minihane knowing it was already excavated ,searched with sonar,dogs etc with Private investigators, Brockton and State Police present continued to try to sway the listeners into believing that the young girl that went missing is more likely than not still buried in the yard of 36  Broad St Brockton,Ma . The search found nothing after extensive equipment and searching of the property .

16.    Defendants continued to give the listeners and readers the envision,that the girls body was still buried on the property of 36 Broad St Brockton,Mass..

10.

17.     Defendant Kirk Minihane  knowing that it was not plausible because of the extensive search of the yard and that it wasn't even plausible for the missing girl to be under a pool at 36 Broad St Brockton, Ma ,because pool was erected in the early eighty's years prior to this girl missing in 1989. Fact is the missing girls sister was in the pool months prior to her sister missing,through her own admission .Kirk Minihane had first hand knowledge of this straight from the sister, Family members and friends of the missing girl continued swimming in the pool for years after the disappearance of this girl.

18.     Defendant Kirk Minihane continued  the publication and recordings of his Pod Cast and The Kirk MInihane Show with  multiple false defamatory statements ,libel,slanderous statements that were maliciously,recklessly made with no regard for the truth  , with intent and malice  to sway the public and to enhance a Podcast  to bring more listeners to the The Case Pod Cast  and to the Kirk Minihane Show were continued over and over again.


19.     The Case Podcast was to be about the missing girl, instead it became the Diana Natale story perpetually. Defendant's Kirk Minihane ,Michelle Littlefield ,Charles Castro ,Steve Robinson  was continuously enticing people they interviewed to talk about

Diana Natale to make false statements against Diana Natale . Questioning wasn't about the missing girl  with intentions of getting  answers or some knowledge of what happened the night she disappeared ,it was geared towards defaming and making false statements against Diana Natale    Defendant was successful in his quest !!

20..    Defendant Michelle Littlefield made false defamatory,libel,slanderous remarks  with total disregard for the truth regarding Plaintiff going to 750 North Montello St Brockton, Ma . Defendant quote"One final thing about Diana and that back yard  upon release from prison Plaintiff was brought directly to 750 North Montello St Brockton ,Ma where Kevin  lived  before she even went to her home in Halifax ,Ma or visited family or friends which allowed her (Plaintiff ) to peer over a fence to look in the back yard of 36 Broad St ." end of quote .

21..    Defendant  Michelle Littlefield has on numerous occasions made innuendos regarding a girls body being buried there with no credible information or a

witness to corroborate such a horrendous statement leading the public to still believe

that the missing girl  is in that yard on 36 Broad St Brockton ,Ma alleging by the hands

of the Natale family . This is a vision and a mindset by the public that they will see and

think about for years to come and will continue to make such a sick claim through

gossiop and social media groups be cause of the Defendants false claim . Defendant had

total disregard for the truth ,knowing she was present at 36 Broad St Brockton,Ma  at the

time of the excavation of the yard,This is far reaching both nationally and internationally

with huge repercussions that will effect  an innocent family for generations to come.


22.      Defendant Michelle Littlefield even goes as far as to make a statement

quote ,'If we had the money we would buy that house and tear it down," this

statement was made with malice total disregard for he truth, was libel,defamatory and

left the public with the indication and belief that the girls body was still there. .

Defendant was present through the extensive excavation of the property. Defendant not

one time through her own remarks let the public and listeners  know about the true fact

of the property being excavated and nothing was found.

13.

Defendant when realizing that nothing was found by dogs,sonar,and by excavation by a excavator and other means ,as Brockton Police,State Police and Defendant and her Team from DCS Investigations were present  ,presenting her own story in a false light .

23.   Defendant Michelle Littlefield  quote ' Natales were sick enough to keep a girl tied up in a basement and let the neighborhood guys rape her" end of quote. Defendant with reckless regard for the truth and real facts. The above false statement was hyperbole. and with total slander, libel and, a false statement defamation,

24.   Defendant's Michelle Littlefield ,Charles Castro gives a false light and false defamatory statements  to the people  listening and watching the podcast and many other social media groups, other syndication's (approx 50) nationally and internationally to induce watchers to continue to follow on The Case Podcast ,The Interrogation on You Tube. Defendants  well advertised and publicized Interrogation of  Kevin regarding the disappearance of Jennifer . This interrogation had more concern regarding Diana Natale , and implying she was having sex with anyone and everyone to include the person they were interviewing  and her looks .

14,

They were a group of Investigators, unprofessionally laughing ,mocking and ridiculing Diana Natale.

25.     Defendant Kirk Minihane makes a disclaimer in his own words ( in an audio put on The Case  Pod Cast) quote   " There were times when talking to people they didn't know they were being recorded,recording devices were put in places where hearing might not be optimal". end of quote. Multiple people were unaware of being recorded. Plaintiff even after expressing verbally and in writing not to be recorded or to be a part of his podcast.In January 2024 it became apparent to the Plaintiff I also had been recorded  after recordings were given to a rogue Reddit Group with affiliation to Kirk Minihane associates, BarStool Sports INC. to despite voicing that I was not to be recorded or part of The Case Podcast. with out my permission or knowledge I learned I had been recorded several times. Defendants Kirk Minihane and Steve Robinson have unequivocally violated  the Massachusetts Wiretap Act . Plaintiff will provide evidence .

26.     Defendant Kirk Minihane had also sent me intimidating and taunting messages to Plaintiff's  Facebook page and messages . Defendant Kirk Minihane had called me from different phone numbers to include numbers from Maine to hide his identity.

15

When contact was made I had no idea who he was or what was his credentials were  if

any existed at all.. I was led to believe he was just someone that had interest in the

missing girl from 1989 in Brockton,Mass and my quest to help find the missing girl for

the family to have closure and to vindicate an innocent family and many people from

false allegations I spoke of things that I thought of but didn't have any concrete

information.

27.    When Plaintiff wouldn't agree to recordings or to go on the podcast things

changed quickly. Defendant Kirk Minihanes personality and demeanor was completely

horrifying and threatening ,after realizing through research who he (Kirk Minihane) was

and what his real interest was and that he hid his identity for nefarious reasons. Plaintiff

stopped all communication with Defendant.

28.    Plaintiff went immediately to Plymouth Superior Court to pray upon the

Honorable Court to exercise their authority by law to issue an Emergency Injunction on

April 7th 2021 due to the Defendant Kirk Minihanes reckless behavior,taunting,

showing me pictures of my grandson as a threat ,Plaintiff  was in fear and still didn't

realize the scope of  details of what was to come nor did the,

Plaintiff know she was being recorded with out her permission,until January of 2024 when tapes were released to a rogue group with affiliation to the Defendants .Kirk Minihane was already told verbally and in writing he or any associate was not to record Plaintiff or use any part of the conversation in any way for any reason, it was immediately sent to his phone , was from the very beginning of communications.

29.     Plaintiff still didn't have the complete understanding of what was to come . Plaintiff had no idea who Kirk Minihane or BarStool Sports Inc .The Defendants behavior and failing to identify himself and who he represented is one hundred percent Defendant Kirk Minihanes **MODUS OPERANDI** . to induce and secretly entice his victim's, using trickery into communicating with him ,thinking they were doing the right thing.

30.     Kirk Minihane has faced other issues and lawsuits regarding behavior such as he displayed with Plaintiff . Defendant seems to think he is beyond the reach of the law and seems to continue his behavior, with no regard for the laws. Plaintiffs case before the court is significantly different than the Defendants past issues both in court and out of court .

17

31.      Plaintiff had went to the Honorable Supreme Court  for an Emergency
Injunction as previous stated in this complaint. The court denied the Injunction  due to
the timing of the podcast,not giving enough notice to the Defendants and Attorneys.,The
podcast aired the beginning of the following week with only two working days to give
proper notice to the Defendants one being from NY City, three from Massachusetts  one
being from Maine .

32.      Defendant Kirk Minihane took the Emergency Injunction and posted it on
Twitter,Defendant hid his address but made sure he left the Plaintiffs very visible for
thousands /millions( 41.7 K followers) national and internationally to have my contact
information, This Emergency Injunction remains on Twitter/X / YouTube - The Kirk
Minihane Show. The Case Pod Cast on Reddit and a rogue group with affiliation to Kirk
Minihane and all Defendants until this very day. Defendant has allowed other Legal
documents regarding Plaintiff  which are personal with signatures and information
having nothing to do with the  missing girl.

Kirk Minihane and Defendants moved in such a way as to knowingly commit

slander,false defamatory statements as well as libel written statements with malicious

actions  through out the past 2 plus years ,with no regard for the truth. Documents

remain on The Kirk Minihane Show on Twitter/X

and on R/The Case on Reddit other media groups,that Defendants maintain an affiliation

with.  It remains even after Plaintiff made request in writing several times to remove it.


33.      Plaintiff wanted to stop The Case Podcast until I understood further and

to protect my self (Plaintiff ) and family. Plaintiffs belief was it was about a missing girl

from Brockton. Mass. After the release Plaintiff soon found out it wasn't just a missing

girl Podcast ,it was the Diana (Plaintiff) story filled with egregious  false defamatory,

statements  and libel written false statements along with slanderous and malicious

contents with no regard for the truth


34.      Plaintiff  sent Cease and Desist orders,Harassment order,Take

Down Notice ,Letter of  Intent to Sue to all Defendants which were not addressed other

than with a threats  .

19

Defendants maintained their refusal to the Plaintiffs request for  their Attorneys

Information or to direct their Attorneys to Plaintiff . Instead Defendants

mocked and ridiculed and entertained their followers on The Kirk Minihane Show.


35.      Plaintiff sent Defendant Kirk Minihane a letter describing his slanderous

remarks, false defamatory statement's and malicious behavior with no regard for the

truth. Kirk Minihanes behavior and profiling of false  defamatory and libel allegations

severely harming Plaintiffs reputation.


36.      Defendants , and  Producer of the Kirk Minihane Show  Steve Robinson

and The Case Podcast  rather than to admit to the misconduct and irresponsible

journalism ,podcasting  refused to retract,correct even update its stories in The Case

Podcast,Kirk Minihane Show , The Case Wrap Up Show The r/Case Podcast Group on

Reddit instead  maliciously standing by its false  defamatory statements ,slanderous and

libel reporting with no regard for the truth continued to entertain their listeners

/followers  by mocking,degrading and ridiculing Plaintiff continually for over 2 years .


37.      Defendants continue to use Plaintiff( Diana) as click bait to attract

listeners  to its paid subscribers such as Amazon,Amazon Audible,Spotify ,

20

You Tube and approximately 35+ other media outlets  that reach far and near nationally and internationally with millions of followers  that The Case Pod Cast ,The Kirk Minihane Show ,The Case Wrap Up Show and BarStools Sports Inc., receive monetary gain ,with no regard for the truth and in a defamatory and slanderous libel , malicious way with disregard for the truth.

38.      After its initial publication and debut of The Case Podcast ,The Case Wrap Up, The Kirk Minihane Show , Defendants continue to use Plaintiff (Diana Natale) as  click bait to attract more readers,listeners to the The  Kirk Minihane Show . The Case Podcast and r/The Case Group on Reddit  and The Case Wrap Up Show represented and owned by BarStool Sports Inc... as well 35 + other media outlets.  These shows are  nationally and internationally. Defendants tcontinue their mocking,degrading and ridiculing and defamatory statements regarding Plaintiff time after time for over two years and it continues .

39.      Defendants ,The Kirk Minihane Show, The Case Podcast, r/TheCase ,The Case Wrap Up Show ,r/ The Case Reddit Group and BarStool Sports Inc.. are responsible for the the contents of  what is produced in their show's, podcast etc.

21

BarStools Sports Inc. knew or should of known that the contents were false defamatory statements and malicious, slanderous and libel and the illegal actions that Kirk Minihane and Defendants engaged in while employed with BarStool Sports Inc. The Kirk Minihane Show ,The Case podcast and The r/The Case Group on Reddit,The Case Wrap Up Show were all involved with false defamatory statements ,libel,copyright ,privacy act,Illegal Wire Tapping Laws of Massachusetts ,slander and malicious acts with total disregard for the truth. The actions of the Defendants was just cause for the court action being filed before this Honorable Court.

40.     The Kirk Minihane Show,The Case Podcast ,The Case Wrap Up Show,Ther/Case on Reditt conducted and fabricated ,deceitful and mendacious contents filled with hatred .slanderous , false statements defamation and libel actions towards the Plaintiff with no regard for the truth.After researching and watching the behavior of these shows,podcast and groups it left me speechless to what Plaintiff saw and heard . Plaintiffs research as preparing for this trial before the Honorable Court, came upon multiple Law Suits against Kirk Minihane ,The KIrk Minihane Show, BarStool Sports, Dave Portnoy that left Plaintiff astounded by the contents to say the least,but

41.      Given Defendant's track records, multiple Lawsuits and bizarre behavior around The Kirk Minihane Show,The Case Podcast, The Case Wrap Up and the President  Dave Portnoy to include Dave Portnoys own lawsuit filed against him regarding an alleged high profile sexual abuse case against numerous woman  which was held in this very court ,it is not surprising. What is surprising is Dave Portnoy knowing his own legal battles allowed the False defamatory statements and libel actions and violation of Mass Wiring Tapping Laws to continue with no regard for the truth as he pursued  his own  legal cases SEEKING THE TRUTH . to continue knowing how he felt with people allegedly lying about him as he proclaimed. Dave Portnoy commented several times regarding Diana Natale on The Kirk Minihane Show ,this shows he had knowledge about the contents of The Case Podcast and The Kirk Minihane Show  AND The Case Wrap Up Show involving Diana Natale

42.      The Defendant Kirk Minihane over and over announced Plaintiff being a prostitute  and continues over 2 years later.  Plantiff will not deny this,Plaintiff was a very young single mother due to irrevocable breakdown of her marriage due to abuse etc ,In fear of her 3children getting hurt,Plaintiff took her children and left the marriage ,Plaintiff had no idea what she would do

,but she knew she would keep her children safe and well cared for. Plaintiff had no family and knew her journey would be tough,but the love for her children out weighed the trials and tribulations she was about to face .Fifty plus years ago there wasn't the availability of programs and housing that are now offered to mothers in distress etc

43.     Plaintiff realized she couldn't support her 3 children on wages of 50 + years ago and to pay child care  and expenses of a normal house hold raising 3 children I knew I would do what ever I had to ,to keep my children safe and well cared for. It was hard and difficult decision  but I reluctantly entered the world of prostitution . My financial problems and the worry I went to bed with every night ,many nights crying was over. I treated my profession as a job and was home with my children and providing for their every need.  Let the first man without sin cast the first stone!

44.     My children were not aware of the life style that I led to provide for them they were well taken care of we lived a normal life. Plaintiff continued educating herself ,opening up businesses  buying property and at 21 remarried and continued with further educating herself. ,I did not stand on street corners as it has been falsely stated .

24

Due to  Kirk Minihane, The Case Podcast ,The Case Wrap Up Show, Michelle Littlefield

that announced it to the world even with a sealed record  my children are devastated and

the family is divided . Not one  part of this story had anything to do with the missing girl

and was done with malice and disingenuous . The intrigue of mentioning prostitution

would further draw more listeners  .They were on a journey to destroy the Plaintiff for

their own monetary gains ,to entice listeners and further draw them into their shows etc.

There is no other plausible reason to mention  something from over 50 years ago and

knowing that the record had been sealed for years .it had no part in anything other than

to humiliate the Plaintiff  and for monetary gain.


45.      Plaintiff (Diana Natale) brings this action to clarify and to clear her

name, with many false defamatory statements  made against her,to set the record

straight, before the world  and to recover substantial damages . The stress,

sleepless, nights,fear,anxiety I lived with everyday with the threats made on my life  and

not knowing from one day to the next if I would receive an eviction notice,who would

be waiting for me nights to do me harm, who would be following me and waiting for the

right time and place to do bodily harm or to kill me .


25

Plaintiff has been threatened over and over, with guns and showing live fire , being called a pedophile, by phone calls, Facebook , messages that they would cut my throat ,email , and copies of my social security no. put on the internet/groups ,pictures of my family. It has been insurmountable . This would of never happened if it wasn't for Defendants making False Defamatory statements . or including Plaintiff in a Podcast about a missing girl from 34 years ago. It became the Diana Natale story., the missing girl remains in the background.

46 ,      Kirk Minhane and Defendants kept a barrage of sick comments directed to me and about me to all their listeners for over two years and they are still coming.The r/The Case Pod group on Redditt , The Kirk Minihane  Show , The Case Podcast, The Case Wrap Up Show  initiated controlled by the Defendants with the most  threatening and vile comments. Defendants caused her as a result of the irresponsible false defamatory statements ,libel,malicious, behavior with no regard for the truth and violations of the privacy act ,copyright infringement and the illegal Massachusetts Wire Tapping laws,slanderous stories with total disregard for the truth  a life of fear,loss of friends ,not being able to trust anyone ,

26

and a break down of the family unit and many

sleepless nights and watching everywhere Plaintiff goes for fear of retaliation from a

vigilante as she has already been  accustomed to in the past 2 years+


47.        This complaint stems from two separate cases,one 34 years ago the

other 30 years ago. Not one Defendant would of had direct information or any

knowledge regarding either case, a few were to young never heard of either case  and

was not living the the area of either, and other's were not even born.


48.        The Defendants made false statements .knew they were false and acted

in reckless disregard,spreading false information with Malice over and over again.

Making false defamatory statements to make it look  like its factual and making it

appear to be the truth , to steer the listeners and audience,readers etc.to the Defendants

Podcast, Reddit Group, The Kirk Minihane Show ,The Case Wrap Up Show and beyond

to include 35+ others with paid subscriptions  to use the Plaintiff as click bait is NOT

OK !

27

49.      Defendants spreading a phone conversation both verbally and through illegal wire tapping without permission is a criminal act under the Wire Tapping Laws of Mass,Gen.Law 272 s 99 to include giving them to a Rogue Group that Defendants are associated with should not be taken lightly. Federal Law wire tap law preempts all state law. 18 U.S Code s2511

50.      Plaintiff didn't even know that a Defendant Steve Robinson was in on any conversation,listening to it in secrecy and then admits to taking good notes regarding phone calls on The Kirk Minihane Show ,but denies recording it is a statement of perjury and blatant lies. Plaintiff will present before The Honorable Judge at trial ,evidence that contradicts Defendants statements unequivocally, therefor showing the Defendants are capable of committing perjury .

51.      Defendants Kirk Minihane and Steve Robinson ,also fall under Mass ,Gen.Law 272 s 99 . By illegally without permission removing the Plaintiffs personal voice mail left for callers . Voice mail is an electronic communication .The Electronic (ECPA) is a federal law that makes it a crime to access someones private communications without permission.

28

It covers cell phones, computer use, email, social media accounts, and other types of electronic communications. Defendants did in-fact take Plaintiffs personal voice mail from her phone and re - recorded it placing it on their Podcast "The Case" where it remains til this day as well as being shared by vigilantes adding it to their groups.

52.     Defendants Kirk Minihane and Steve Robinson both employed by Bar Stool Sports Inc. stated they are aware of the Massachusetts Wiretapping Statue, on the Kirk Minihane Show. yet ignored it and continued in their trickery,manipulation ,secrecy and deceit in recording the Plaintiff unknowing to the Plaintiff until January 2024

53.     As if the illegal wire tapping wasn't enough,Defendants also allowed a audio tape of a Superior Court Clerk of Brockton, Mass. sent to Plaintiff that was hacked from Plaintiffs personal voicemail and illegally placed on r/The Case on Reddit a group initiated, and controlled by the Defendants Kirk Minihane, Steve Robinson, Harrison Marklowsky. This is a blatant disregard for the law ! Hacking into someones voicemail is illegal ! Taking a private message intended for the owner of the phone by a court official and putting it on a Reddit Group is illegal !

54.     The Electronic Communications Privacy Act (ECPA) is a federal law that makes it a crime to access someone else's private communications without permission. It covers cell phones,computer use, email, social media accounts,and electronic communications.

55.     Defendants threatening and mocking ,ridiculing Plaintiff on the KirkMinihane Show and by e-mail  and messages on Facebook and on The Case Pod Cast Group on Reddit  and by phone is NOT OK!

56.     Harassing of  Plaintiff  (Diana) when acting as a Pro-Se  Litigant exercising the rights as  Pro-Se  in the same manner and expectations of an Attorney is NOT OK !

Refusing to furnish Pro-Se Litigant Plaintiff with Attorneys contact information  is NOT OK!

57.     Defendants being served with Cease and Desist orders, DMAC,Take down orders and letters expressing the false allegations,accusations , malicious ,mis information,defamatory,libel and slanderous comments with reckless disregard for the truth and ignoring it as if it would go away is NOT OK! . Defendants disregarded my continued requests and refused to address them ,refusing to take action is NOT OK .

58.     Defendants Kirk Minihane co- producer and host of The Case Pod Cast

and ,Harrison Marklowsky  an intern and moderator  AKA  u/ KMS_ **Harrison**  on

The Case on Reddit ,u/ EarlThe Pearl139 AKA  Steve Robinson producer and moderator

for The Case Pod Cast Group that is a forum on Reditt with 850 million active users in a

month as well as the producer for The Kirk Minihane Show and the The Case Podcast to

despite Steve Robinson and Kirk Minihanes denial this exists or they have anything to

do with this is a blatant act of perjury and  once again to sway the listeners to believe

something that is not fact.


59.     Defendants have also allowed personal information,private

pictures,false allegations , false defamatory statements ,threats to do harm done with

malice and no regard for the truth.  Due to the Defendants action for over two years and

lack of ,they have created  an atmosphere for vigilantes to do  harm  to the plaintiff  and

to create havoc in her life and the families life it has been devastating and concerning

.Plaintiff had to put a very large security system in her home and her vehicle , as well

did other family members for their safety as well as for their small children.

The sick comments,threats. personal information on r/The Case  group on Reddit has

violated their own group rules over and over.

31

Rules will be presented to the Honorable Court at Trial.

60.     The compilation of this group /forum ,The Case on Reddit.
The Kirk Minihane Show, The Case Podcast , The Case Wrap Up, and the Defendants
with malice intentionally made derfamatory statements that were lies,fabricated, were
slanderous, libel and  to perpetually embed in peoples minds that the Plaintiff  is
responsible for a missing girl  presumed deceased, there is nothing on this earth further
from the truth,it has destroyed my life,my families life and generations to come.


61.     Defendants have no police reports ,no credible information and would
never have regarding Plaintiffs involvement in a missing girl,because it never happened.
Plaintiff was a young mother  with her own young children  and never once was the
plaintiff questioned by the family of this girl , as previously stated they continued
coming to the Plaintiffs home, swimming in the pool, cook outs etc . Never once was the
Plaintiff questioned by DCS  Investigation Team  in over 34 years  that was leading the
investigation of this missing girl . You know what this all is ? Its a tragedy for the family
of this missing girl and for all the innocent families/people made to look like in the
public eye they had involvement  and responsible for murder .

Defendants have no regard for the truth or who they are hurting on their way to notoriety and monetary gain,Defendants have not stopped for over two years and continue to insight vigilantes to react. .In-fact there is no credible information other than low grade news clippings etc that were given to Kirk Minihane

.   .   62.   Defendant Kirk Minihane after receiving a legal notice from Plaintiff in a Pro Se  litigation matter in March 2024 regarding this case,took to The Kirk Minihane Show  at 3:12 pm March 15th ,2024 after receiving notice from Plaintiff  with another request to remove the slanderous,defamatory and libel remarks as well as personal pictures and information and on The Kirk Minihane Show was the following quote " Always nice to hear from Diana from Season 1 of @thecasepodcast. end of quote. This was clearly a click bait remark to further bring listeners to his Pod Cast.

63.   Defendant Kirk Minihane went on to read the document on his show,while other ,Defendants sat by with their own sick comments with him in front of over 7,000 views as of  March 24,2024,he describes Plaintiff  quote"  calling Diana  a monster . Defendant Kirk Minihane  quote  "a monster is an understatement  ,liar ,shes attractive I know that's not true ., she didn't Fuck Kevin Maler"  end of quote,

33

Kevin is a career criminal with multiple felony charges and a suspect in multiple missing girls,I mention this because Defendants Kirk Minihane and Steve Robinson upon the defamatory statement quote 'she didn't fuck Kevin Maler' end of quote proudly says quote "poor Kevin" end of quote .

64.     Defendant Steve Robinson and Producer of The Kirk Minihane  Show mentioned was yelling out Shawshank Redemption as Producer Steve Robinson was blatantly committing perjury in real time  on a recorded show ,The Kirk Minihane Show in front of an audience of thousands. Plaintiff will present  the video at trial with further sick remarks. Defendant Kirk Minihane  questioned the Defendants regarding the group r/The Case  on Reddit which is clearly marked identifying Defendant Kirk Minihane ,Steve Robinson. Harrison  Markowsky with involvement and creators,moderators of the this Reditt group,taking questions and answering them from subscribers .Defendants Steve Robinson .Kirk Minihane  and  Harrison  Markowsky  with so much information too show proof that the ,r/The Case   in fact does exist on Reddit  and has for a couple of years or more ,clearly shows the intentional act of  perjury and with malice Defendants blatantly lied  with no regard for the Truth as they have through out the past two years on their path of vengeance and defamatory false statements .

65.     The r/ The Case on Reddit remains up as of this date March18,2024. to despite the denial of the Defendants .Please see the following , as it clearly shows that the Defendants Harrison Markowsky and Steve Robinson AKA (EarlThePearl39) are both part of the group and have control and interaction with it and the subscribers .Defendant Kirk Minihane clearly plays a part in this group,please see below for verification .

**Hey Everyone, Steve Robinson here. Post any questions you have about The Case and I'll be back tomorrow afternoon to answer them.**

**r/TheCasePod is a forum for fans of The Case, a new true crime podcast from Kirk Minihane and Barstool Sports. Post your reactions to episodes, your theories, and more. Kirk and Steve may drop by from time to time for AMAs.**

**https://www.reddit.com/user/EarlThePearl39/**
**https://www.reddit.com/user/KMS_Harrison/**

66.     To accept denial that Kirk Minhane  and his own Producer Steve Robinson and intern Harrison Markowsky had nothing to do with this group is a  mockery to the  judicial system and others reading this. Plaintiff will present further evidence  at trial, to include their own video denying the claim that this group exist. This is far reaching nationally and internationally and will for

generations having people believing false defamatory statements,slanderous,dangerous and libel comments. At any time a vigilante can act on the information That The KIrk MInihane Show, The Case Wrap Up , r/The Case on Reddit  and The Case Podcast seen on over 35+ sites that the Defendants have displayed  the contents of the shows owned by BarStool Sports Inc. with no regard for the truth and reckless disregard for putting a family at risk for generations to come , by committing false defamatory statements .slanderous and  libel actions with malicious intent.

67.     Defendants for over two years have continuously continued their lies, false allegations , defamatory statements  ,threats and hate on numerous sites without reprieve for the Plaintiff or consideration of what the lasting results would be and the dangerous situation that now engulfs the Plaintiff and family members. There is a dangerous vigilante group attached to the Defendants ,Plaintiff will submit further evidence at trial .  Plaintiff has compiled for over 2 years evidence ,documents,videos, messages etc,

Massachusetts Laws Governing Cyber Stalking and Copyright Infringement. **Cyberstalking is a serious offense in Massachusetts, and the state has strict laws against it**. Cyberstalking is defined as using electronic communication to harass or intimidate someone.

**Harassment through electronic communication may occur when information is distributed or sent. It is illegal to distribute, post, email, or disclose any other person's information without his or her consent.**

Plaintiff believes that she has enough evidence that she has compiled,that a reasonable jury will find Defendants guilty on all counts in this complaint.

## THE FIRST AMENDMENT IS NOT ABSOLUTE .

68.     Plaintiff was told by Defendant  Kirk Minihane that if she continued contacting  him he would get an harassment order against her,Plaintiff made it clear the she was moving forward with a court action. Plaintiff requested Defendant Kirk Minihane in writing to provide her with his Attorneys information and other Attorneys that maybe involved, Plaintiff was met with opposition and a failure on Defendant Kirk Minihane  to furnish Plaintiff with requested information. All other Defendants in this Court Action, was also notified and given Cease and Desist orders ,they were given the same opportunity to to have their Attorney's contact Plaintiff or furnish as Plaintiff requested  their Attorneys information so as the Plaintiff could contact Attorneys directly.

37

Plaintiff was met consistently with threats and opposition. Defendant Kirk Minihane on several occasions ,harassed ,threatened ,intimidated and used a picture and information of her grandson to try to gain information and approval to be recorded for his Podcast and Defendant  Kirk Minihane continues his harassment' .

**'Harassment'', (i) 3 or more acts of willful and malicious conduct aimed at a specific person committed with the intent to cause fear, intimidation, abuse**

-

69.      Plaintiff  was not aware of  illegal recordings until January 2024 when they were aired partially on another Reddit Group( Diana's_ Basement _4you) with people affiliated with the Defendant Kirk Minihane  in which they have direct contact with and shared posts and now to my dismay illegal recordings that have now been shared on Reddit with over 70 million active daily users .


70.      Defendant Kirk Minihane  Co- producer with Producer Steve Robinson did in fact take my personal phone voice mail recording and put it on The Case Podcast for millions to hear and identify the Plaintiff ,this wasn't good enough it was  then sent to to a Reddit Group for them to also put the recordings on Reddit. Secretly recording anyone in Massachusetts  is a gross violation  of Massachusetts State Law.

Massachusetts is a two party consent law Massachusetts Statute G.L,c,272s99 makes it illegal to secretly hear,secretly record,or aide another to secretly hear or secretly record the contents of any wire or oral communication through the use of any intercepting device by any person other than a person given prior authority by all parties to such communication. No authority was given by Palintiff .There's no other plausible explanation for these illegal recordings to have been able to be in the hands of this rogue group which is also a part of The Case group on Reddit. There were letters ,verbal request and firm demand made to Kirk Minihane not to record Plaintiff or use any part of a conversation between Defendants and Plaintiff or by The Kirk Minihane Show ,The Case Pod Cast or any affiliates,associates. I was called many times by different phone numbers further trying to confuse the Plaintiff some of the calls received were from a Maine phone no. which the Plaintiff has identified as Steve Robinson's Producer of the Kirk Minihane Show.

### The recording among others will be submitted into evidence

71.     Defendant  The Kirk Minihane has engaged with and advertised his podcast " The Case  " with over 35 + media outlets and appeared on several talk shows/podcast  and his main focus was Diana Natale .The Case Podcast is owned

operated and sponsored by BarStool Sports Inc.. This is long reaching and will effect

lives for years to come if not for generation after generation, This Podcast "The Case"

was suppose to be about the disappearance of a young girl 34 years ago at least it was

what I was led to  believe  initially didn't even know anything about a potential Podcast

at the onset of any conversation with Defendant Kirk Minihane . It has been far from

that,it has become the Diana Natale Story filled with lies,misrepresentations, false

allegations,dangerous libel statements, False defamatory statements and malicious and

deceptive acts.

**72.**      The Defendants did everything they knowingly could to defame,cause

libel statements to create obscenity and to incite violence against the Plaintiff  in a

malicious ,manipulative, deceptive way with reckless disregard for the truth .Defendants

made Public Disclosure of embarrassing issues rehashing things that a reasonable person

would find offensive only to further  bring false light to the Plaintiff and to lead the

readers and listeners to a false conclusion and more importantly putting the Plaintiff in

serious harms way.

73.      Due to the  defamatory false statements made by the Defendants,

vigilantes have been threatening to cut the throat ,kill ,

to disable and disfigure and to try to render the Plaintiff homeless as well as to desecrate my deceased Son's grave in a repulsive,depraved and disgusting filthy vile language as to even call the Plaintiff mother of the Son a killer insinuating that Plaintiff killed her own Son,Further harm as if what was done wasn't enough they had rats climbing all over the grave and put Plaintiffs Son' picture in a filthy old casket depicting my Son was buried in disgraceful manner, Please understand that Plaintiffs Son was killed in a Drunk Driving accident at he age of barely turning 23 years old in 2003 .Plaintiff will bring into evidence each and very claim and be proven at trail.

74.       Defendants , repeatedly before their audience remark that everything they have done and said is protected by ,The First Amendment ..If this doesn't portray guilt !Any reasonable person knowing and has studied the First Amendment should have the understanding that **The First Amendment is not absolute.** Constitutional rights are not and cannot always be absolute. There are limits to them. Example a person cannot publish lies that destroy another person's reputation and claim the right to free speech protects them from a lawsuit,There are prohibitions against knowingly false statements (libel) (slander) (defamation ) obscenity inciting violence,intellectual property,speech integral to illegal conduct,speech that incites lawless action.

41

**The statement that the rights in the First Amendment are not absolute means that the government can restrict people's rights if the exercise of them is harming someone else** .These rights apply to both Federal and State .

75.      First Amendment doctrine we have today doesn't shield a media entity that knowingly and intentionally creating false defamatory statements from being held responsible for doing so. Defendants Kirk Minihane Co-Producer Steve Robinson Producer owned and operated by BarStool Sports Inc. violated Plaintiffs Copyright Laws.,Privacy Act and violated Massachusetts Wire Tap Act.  Defendants with malice and intent with reckless disregard for the Plaintiff  removed the Plaintiffs Voicemail from Plaintiffs phone and added it for listeners of the Case Podcast to identify Plaintiffs voice and to embarrass Plaintiff that has been shared far and near both nationally and internationally with over 35+ media outlets and other Podcasts and various other Shows That Kirk Minihane appeared on .

42

The First Amendment does not protect anyone that hacks a personal phone with intent to share the contents of a recorded message that was left in confidentiality for Plaintiff by a Brockton Superior Court Official  The First Amendment does not protect criminal activity  The behavior Plaintiff  has written in this document regarding the Defendants have not only Defamed  Plaintiff by their false statements ,but put her in harms way and entices vigilantes .

**<u>Copy Right is owned by the creator of the work has exclusive right,</u>**

**<u>Plaintiff  will produce audio recording at trial.</u>**

76      Defendants  Justin Trudell Producer  that is employed by Kirk Minihane, BarStool Sports INC. went a step further on THE CASE WRAP UP dated 4/22/2021 by calling my voice mail Quote "complete Bull Shit that she is trying to pull a scare tactic by saying this call is being traced is being recorded any thing you say can be (stuttering) shes is pretty much threatening anyone that is calling her with the threatening and tracing of recording this absolutely something she would be capable of  doing especially with a burner phone,

43

Shes a very evil person . Shes lied about everything" end of quote Defendant

Justin Trudell is a Producer for The Case Wrap Up Show and acts as an intern .


77.      Defendant Harrison Markowsky says quote  "If you look up (Diana

Natale's) name in a google search there was nothing on her before The Case

Podcast ,If you looked up Diana Miller was a very small article before The Case

Podcast " end of quote


78 .      Defendant Harrison Markowsky Quote : Plaintiff  Jennifer  knew

about Kevin and Diana insinuating Plaintiff was having sex with this guy . Quote

"Diana had her son and Kevin take care of Jennifer ,had some fights,riffs and that's

why Kevin went to South Carolina. Diana threatened Kevin's life that Kevin had to

fix it ,that's why Kevin is scared of Diana (Plaintiff ) end of quote. Defendant

made False defamatory statements,libel ,malicious statements with no regard for

the truth,they are beyond egregious


79.      Defendant Harrison Markowsky publishing his deceptive false

defamatory statements ,

44

were made with malice and no regard for the truth . Defendant made his statements to mislead listeners and people watching The Case Wrap Up to believe something other than the truth giving a false impression has caused the Plaintiff to be looked at in a False light .In the interim have listeners believe his false defamatory statements that will be forever embedded in the listeners mind , further putting the Plaintiff in harms way . Not one word spoken was of truth,it is in comprehensible of how people will intentionally lie ,make false statements to get attention and promote a show,while ruining a persons life with no regard of what it does to a person or the truth.

80.     Defendant Justin Trudell continues with a his false defamatory statements ,quote " Makes sense Diana (Plaintiff )is holding the cards saying it was Kevin and Richie and Diana in the disappearance of Jennifer" Defendant continues  on to implement Diana (Plaintiff) and says " she  calls out Kirk when she is involved in a murder" Defendant quote Natale's have a lot to do with Jennifer's death "  end of quote .

Defendant makes another false defamatory statement ,libel, malicious ,misleading,deceptive remarks with no regard for the truth, or any creditable information or police report to even substantiate his defamatory statements . Plaintiff was not ever involved in the disappearance of this missing girl nor does she know of anyone that did or have any information that is provable,it would only be speculations and assumptions.

81.    Defendant is implementing an entire family in a death with no facts ,proof, or any creditable information. The Natale Family consisted of young children at the time of this girls disappearance , Defendant has put a false light on their lives that will be detrimental to their lives for generation after generation. Plaintiff has a audio recording by a Brockton Police Officer that actually gives his professional opinion stating entirely different statements than what is being said by Defendants of the Kirk Minihane Show /BarStool Sports Inc,, This recording was public and accessible to everyone to include all Defendants mentioned in this document . **Plaintiff will produce audio recording at trial.**

46

82.      Defendant Kirk Minihane Co - producer was  himself only 15 years old in 1989 when this girl disappeared, Defendants  Harrison Markowsky' wasn't even born until Dec 1998 10 years after the girls disappearance and Justin Trudell was two years old Sept 1987 when this girl disappeared in 1989 . The brown truck as mentioned was not collaborated or proven ,Plaintiff has an audio from a Detective that will be brought into evidence at the trial regarding this issue.


83.      Defendants once again making  false defamatory statements  , libel, spreading false information maliciously acting in total disregard . They have continued through out this entire saga recording, speaking on media sites ,making false defamatory statements to make them look like they are factual in parody with total deliberate and exaggeration. Defendants in a malicious way used Plaintiff Diana Natale as click bait to their benefit and for  notoriety and  to increase monetary gain.


84 .        Defendant Kirk Minihane Co-producer of  The Case Podcast  was informed by Plaintiff verbally and in writing not to record Plaintiff or use any communication in any way , Plaintiff had no idea who he was. Plaintiff thought she was acting in good faith and maybe it would help in the missing girls disappearance. Plaintiff had no creditable or provable information she could only speculate ,

47

Defendant forwarded recordings to Plaintiff that he did while in South Carolina recording another

individual. Only after this occurred  was  Plaintiff getting the realization of the Defendants real reason for contacting Plaintiff .

85.      When Plaintiff didn't respond , as the Defendant Kirk Minihane wanted he became combative in tone and sent Plaintiff pictures of her grandson and started drilling Plaintiff on questions of another situation that had absolutely nothing to do with the disappearance of Jennifer. Provable fact is it happened 4.6 years after the girls  disappearance .Defendant Kirk Minihane moved to  tactics to intimidate and threaten Plaintiff to comply and answer his questioning in the manner he thought or wanted to hear. Kirk Minihane implemented a story about Diana Natale in to his Podcast to only drive listeners to his Podcast out of numerous  other people that he never embellished or incorporated into his Podcast  ,it is reasonable to believe that Defendant had  motive to keep entering Diana Natale as click bait into his Podcast The Case ,The Kirk Minihane Show, The Case Wrap Up Show ,35+ other media outlets and numerous talks shows he appeared on  for notoriety ,monetary gain, Diana Natale was vocal point.

punishment because Plaintiff didn't comply to what he wanted and 30 years later to embarrass her with more false defamatory statements

86,     Plaintiff immediately upon realizing who the Defendant was and his sneaky deceptive way of not identifying himself as to who he really was and what his real intentions were ,moved forward to obtain an Emergency Injunction. Defendant Kirk Mininhane produced in part the Emergency Injunction from Plymouth Superior Court Plymouth, Mass on The Kirk Minihane Show on You Tube for thousands to see as he mocked ,ridiculed and laughed at it as did his audience . Once again Defendant Kirk Minihane acted maliciously,with reckless disregard and malice continued to defame and commit libel against the Plaintiff. Defendant covered his address,he left mine for the world to see with no concern for the Plaintiffs safety .

## II.   **THE PARTIES**

Plaintiff Diana Natale is an individual that is retired, due to the actions of the Defendants and is a resident of Westport, Massachusetts.

1 ,    Defendant Barstool Sports, Inc. is a Delaware corporation with its principal place of business  333 7TH AVENUE, 2ND FLOOR New York, New York. 10001 NATIONAL REGISTERED AGENTS, INC. 155 FEDERAL STREET, SUITE 700 BOSTON, MA . 02110 Over the course of just a few months in 2024 across Barstool Sports Inc. was 7,8 million visitors ,as well as1.7 million subscribers

2    Defendant David Portnoy owner of BarStool Sports Inc. is an individual resides in Nantucket, Massachusetts. At all times material hereto,He is the founder,CEO President , of  BarStool Sports Inc

3.    Defendant Kirk Minihane  is an individual who resides Lexington,Mass. At all times material hereto,.Minihane is the talk show host  and acted within the scope of his employment .April of 2021 Minihane ventured out to do a podcast for BarStool Sports titled "The Case" . Where he was the Co-producer and speaker/host.

.

4.    Defendant Justin Trudell  is an individual who resides in Norton,Mass. At all times material hereto, Trudell is an intern /producer for the Kirk Minihane Show and The Case Podcast  and The Case Wrap Up Show employed by,

BarStool Sports Inc. and acted within the scope of his employment at BarStool Sports Inc. reviewing, and ultimately approving contents of the stories at issue here. as he reported on them as the host for the The Case Pod Cast Wrap Up for the past few years.

5.     Defendant  Harrison Markowsky  is an individual who resides in North Andover,Mass  At all times material hereto.Harrison is an intern and host on The Case Pod Cast Wrap series and graphic designer working for BarStool Sports Inc. Supervised by Steve Robinson and Kirk Minihane,

6.     Defendant Steve Robinson  is an individual who resides in Waltham., and In Maine. Steve is a producer for BarStool Sports Inc. and Kirk Minihane .Steve producers all of the shows for BarStool Sports Inc. and The Case Pod Cast, and The Kirk Minihane Show and The Case on Reditt Note:Plaintiff has corresponded with

NOTE:     Defendant through email ,he ignore and evades .Steve is a publisher at The Maine Wire  in Maine Plaintiff  has requested an address to serve him legal documents and has been met with opposition time after time.

51

7.    Defendant LIttlfield  is an individual who resides in East Taunton,Ma At all times material hereto and is an Investigator for DCS Investigations , Bridgewater,Mas

8 .    Defendant Charles Castro an individual who resides in Taunton,Mas At all times material hereto and is an Investigator for DCS Investigations in Bridgewater,Mas

## lll. JURISDICTION AND VENUE

1.    The subject matter jurisdiction of this Court is properly based upon Federal Question  . The US District Court shall have original jurisdiction of all civil actions arising under the Constitution,laws or treaties of  United States and controversy which exceeds $75,000.00, Personal jurisdiction over Defendants is lawful and proper here, where Defendants each transact business in Massachusetts generally and/or engaged in tortious conduct which caused injury in Massachusetts. The false and defamatory,slanderous,libel ,illegal wire tapping,copyright and privacy act. BarStool Sports Inc. an online media company  located in NY City  conducting business in Massachusetts The Kirk Minihane Show , The Case Podcast,The Case Wrap Up Show, all under the umbrella of  BarStool Sports Inc. doing business in Massachusetts  The DCS Investigation  DIVCorp ,Inc  is a Massachusetts business doing business in Bridgewater,Ma

11.    The venue for this action properly lies in this district pursuant to 28 U.S.C.§ 1391, because a substantial part of the events or omissions giving rise to  the false and defamatory,slanderous,libel ,illegal wire tapping law,copyright infringement law and infringement on the privacy act law occurred in ,Massachusetts and in this District.

## IV.  **FACTS**

11      Despite being in possession of overwhelming evidence that Diana Natale never sexually assaulted anyone or tied /chained  any person in a basement for any reason and never allowed neighborhood boys to rape her . That Diana Natale unequivocally was not chasing young boys in the neighborhood for sex, Diana Natale did not peer over any fence at any time to view a backyard where it has been alleged a missing girl is buried. Diana Natale never trapped anyone in her home at any time. Diana Natale is in no way involved with witch craft.Diana Natale never had any individual take care or hold any cards in the disappearance of anyone.Diana Natale has never been involved in any murder of any person . Diana Natale never had any body buried in her yard,never mind as to move one that wasn't there to begin with.

Diana Natale never had any interaction with missing girl,other than to say hello in passing, nor did she ever threaten her in any way at any time. Plaintiff is looking forward to Trial .

3.      Defendants maliciously and recklessly concocted a sensationalistic, false, and damaging depiction of Diana Natale to commercially exploit her name in effort to boost BarStool Sports and The Kirk Minihane Show ,The Case Podcast , The Case Wrap Up Show and the business of DCS Inc. on line viewership and paid subscription revenue .

4.      Indeed ,Defendants hit pieces were many month's in the making . In January of 2021 Kirk Minihane started messaging Diana Natale requesting information about a missing girl.Kirk Mininhane never identified  himself or said he was from any organization or even a host of any show's etc. Kirk Minihane falsley proclaimed he was just interested in finding out what happened to a missing girl and asked if I (Diana Natale  Pro Se Plaintiff ) knew anything.

5.      Plaintiff mentioned a few names that were of interest to her, with the thought I was engaging with a person trying to help. Plaintiff never knew of his real identity until she didn't comply with what he wanted her to and became argumentative,combative and threatening. Kirk Minihane went so far with his threats that he even sent me information on my grandson ,that I was never aware of to use it   against me,it left me speechless he then shared it on social media.

6.      Defendant Kirk Minihane after realizing I was not offering information on a case near 30 years ago and asked what it had to do with this missing girl, he became more aggressive and informed Plaintiff he was doing a Podcast regarding the missing girl. Plaintiff started doing her research and what a research it was. Plaintiff had warned Defendant verbally and in writing  not to record her in any way and any conversation that was initiated  by him or any other associates was not to be  distributed in any way by any person on any podcast ,show or any other entity.

7,      Plaintiff after realizing the real intentions of Defendant Kirk Minihane and refusing any further interaction with him, Plaintiff  went to The Superior Court in Plymouth, Mass  on April 7, 2021

to obtain an Emergency Injunction to stop further actions and a Podcast that was debuting within a few days. Defendant KIrk Minihane aired his Podcast .On March 29,2021 7:05 AM from Kirk Minihanes  personal Facebook account  a picture of myself an others marked Episode Three Diana Quote "Did you like the episode? I thought it was really good. But the one next week is even better! On 10/31/22 again Kirk Minihane on Facebook sends quote "Ha!!!!!!!! to be brought into evidence  at trial. Stalking was part of what Plaintiff  endured by Kirk Minihane. clearly showing harassment by Defendant.


8.      Shortly thereafter, Diana Natale (Plaintiff)learned that Defendants did have a "particular angle" for their story. In the weeks and months following,Diana Natale (Plaintiff) began receiving unsolicited messages from friends, acquaintances, and complete strangers and threats on my life regarding Defendants Podcast (The Case). Defendants continuously used Diana Natale (Plaintiff) as click bait and announcing over and over false defamatory statements as well as libel and slanderous remarks  and has not ended its a constant barrage of filth and false lies all the way to filing this complaint and Plaintiff has no doubt that it will continue.,until it is legally stopped .

57

9.      Defendants knowingly and repeatedly published the false, stand-alone headlines on The Kirk Minihane Show ,to lure potential subscribers and listeners to their Podcast ,The Kirk Minihane Show and 35 + other sites ,thereby suggesting actual criminal wrongdoing on Diana Natale 's (Plaintiff) part without further explanation ,but to leave millions with the view that Diana Natale is someway responsible for a murder ,sexual abuse , ,tying a young girl in a basement allowing neighborhood guys to rape her ,giving listeners  and subscribers illusions and negative views of guilt regrading Plaintiff Defendants were disingenuous made with false defamatory  statements with the intent to deceive , once again  the Defendants using false defamatory statements and Diana Natale Plaintiff  as click bait.

10.      Defendants have overwhelmingly made false defamatory statementys and slanderous .libel statements with no regard for the truth. etc. Defendants' conduct constitutes a tactic known as "click bait" journalism, giving rise to a claim here for "click bait Defamation,Libel ."

11.      Adding insult to injury,the First Podcast contained  screen shots of Plaintiff and family members and quotations from Plaintiff Diana Natale's private text messages,in violation of her privacy rights.

58

12.     The defamatory allegations of sexual abuse and forced sex by

neighborhood boy's ,tying / chaining a young woman in a basement allowing it leveled

against Diana Natale are patently absurd and provably false. While the First Story is

replete with false and defamatory lies about Diana Natale,the references to her alleged

knowledge or direct involvement even murder with the disappearance of this missing

girl to continue to imply before the public that Diana Natale was involved or had

knowledge to a murder of this missing girl  is particularly egregious,false and deceptive

as well as, defamatory , libel and slanderous per se.


13.     Despite the fact that Defendants had access to Diana Natale's legal

documents, that said other than what Defendants were implying , access to police

records that never implied any statements that Defendants made against the Plaintiff

Diana Natale regarding 36 Broad St Brockton ,Ma .  Requested all records regarding 36

Broad St Brockton ,Ma  Police Department in Brockton Mass could not even engage in

such egregious statements  as Defendants made regarding the Brockton address 36

Broad St. mentioned over and over, why? Because there were no such reports to back up

Defendants disingenuous,egregious false defamatory statements ,slanderous statements .

59

14.     Plaintiff recently contacted Brockton Police Department Records for any calls,reports regarding any abuse of any kind,kidnapping,sexual abuse or any crimes involving the person known as Rena mentioned time after time by Defendants , in The Case Pocast,The Case Reditt Group ,The  Kirk Minhane Show, The Case Wrap Up Show and 35+ other media outlets. There was not one even after giving complete information on Rena to Brockton Police Officials . Plaintiff finds it intolerable that  all Defendants to continually use this girl Rena with out her knowledge  or consent to continually use her and her name for their benefit  and use her full name and her pictures. Plaintiff went to Brockton District Court ,Brockton,Mass for any records involving this girl Rena that has been mentioned over and over again by all Defendants regarding 36 Broad St Brockton, Mas  "There were none " !

15.     Defendants pursued a preconceived and biased agenda aimed at damaging Diana Natale to drive online traffic and subscription revenue to The Case Podcast ,The Kirk Minihane Show ,The Case Group on Reddit, The Case Wrap Up Group  and 35 + other media groups.

16.     Defendants improperly and knowingly relied upon biased sources who

demanded anonymity, all while being in possession of documentary evidence that

each source's story was incredible and unreliable;  and the statements of other people in

the Podcast that made false defamatory statements that are not provable,unreliable  and

Defendants published their interview with out ever looking for any proof,.The

statements made are from people that were children over 30 years ago  and

unequivocally not credible


17.     Defendants published highly personal and private information in violation

of the Massachusetts privacy statute and  Diana  Natale Plaintiff's common law right of

privacy, while affording confidentiality and anonymity to Defendants' alleged sources.


18.     Diana Natale Plaintiff has never sexually assaulted anyone to despite

being called a pedophile ,  Defendants moved forward with accusations that were False

statements and defamatory with out thoroughly investigating if Plaintiff ever had any

sex crimes against a person. Nevertheless, BarStool Sports Inc. ,


61

and it subsidiaries is attempting to cash in on the climate of fear and "cancel culture" permeating the media, whereby it has become open season for anyone to make any claim (no matter how vile and unsupported) about anyone seemingly without consequence. There are, however, consequences for unlawfully defaming someone.

19.     Diana Natale Plaintiff will not stand idly by while BarStool Sports Inc. and its subsidiaries The Kirk Minihane Show, The Case Podcast,The Case Group on Reddit , The Case Wrap Up Show  as well as 35+ other  media groups  to include Defendant  DCS Investigation and its army of executives, editors, and reporters attempt to drive clicks, viewership, and subscription revenue for themselves by recklessly spreading malicious and defamatory lies that Diana Natale Plaintiff engaged in egregious criminal conduct by sexually assaulting,allowing any sexual abuse towards anyone, that Diana Natale was  involved with a murder or assisted any person or concealed any information regarding any murder. or tying a girl in a basement allowing anyone to rape her.

20.     Even after Defendants being served a take down notice , harassment order, cease and desist order ,letter for Intent to Sue and a letter explaining the

defaming,slanderous,libel ,copyright,privacy,wire tapping laws.  Plaintiff was scorned and ridiculed on Defendants media sites over and over and the documents sent were exposed on their sites to once again  intimidate and ridicule Plaintiff in front of millions.

21 .      After Diana Natale Plaintiff confronted the Defendants and made request that contradicts the maelstrom of false allegations in its stories, rather than admitting to its misconduct and irresponsible journalism, BarStool Sports Inc. /Defendants and DCS Investigations  refused to retract, correct, or  even update its stories about Diana Natale Plaintiff ,and is instead maliciously standing by its false and defamatory reporting. Now, months after its initial publication, BarStool Sports Inc. Defendants,DCS Investigations continues to use Diana Natale Plaintiff as bait to attract consumers and listeners to its subscription service as well as their paid YouTube channels .Amazon Audiable, Spotify, and 35+ others not to forget to mention talk shows as Diana Natale Plaintiff  was a conversational piece.

22.      BarStool Sports, The KIrk Minihane Show ,The  Case Podcast,The Case Wrap Up Show ,  What all Defendants have conducted here is shameful, but given Defendants' track records, it is not surprising.

That Diana Natale Plaintiff brings this action to clear her name, to set the record straight, and to recover the substantial damages that Defendants caused her as a result of the irresponsible and defamatory ,libelstories they published about her. Plaintiff a 70 year old woman that has had to live in fear everyday since April 5th 2021 .Plaintiff has endured horrendous threats to include to kill me, cut my throat ,there has been calls for vigilantes to act ,that I should be in the grave beside my son as they also desecrated his grave saying I killed him and sick sick rants,there has been a constant barrage off false statements by Defendants .

23.    Plaintiffs  personal information put out all over the internet .personal legal documents , probate documents,personal social security no. personal pictures of plaintiff as well as family pictures , false statements  depicting  Plaintiff  as a child molester, pedophile, murderer , sexual abuser.,  having sex with young boys in my neighborhood  have been sent out to different places ,tying up a young girl in a basement allowing guys to rape her, is just the beginning of the horror caused by the Defendants.

24.    Due to the Defendants actions Plaintiff shut down her Real Estate Company in fear and from my business being advertised on the Defendants sites and others that they had a close association with  ,

threats were made against the company time after time . Plaintiff has an audio tape from

a man threatening to come to Braintree and kill me and didn't care about the police

etc,its an extremely dangerous  and threatening audio with vile contents with no regard

for the police or fear going to jail ,one of his comments  was  quotes  " I'm not afraid of

jail done most of my life in jail"Plaintiff was in fear of  innocent other people and

businesses  from my building,which was a very well known corporate  building in

Braintree  Mass being drawn into this horrendous nightmare and it affecting others,or

further a possible mass shooting and others getting hurt, threats have been this vicious.

The amount of evidence of what the Plaintiff has endured due to the Defendants  is over

whelming and incomprehensible.


## BarStool Sports  Inc.  Promotional Campaign


1.        As if Defendants  to include Kirk Minihane and Steve Robinson

nefarious intent was not already apparent through their actions prior to and through the

publication of the The Case Podcast ,just hours later they were announcing the the third

episode of their Podcast named " Diana " to engage the listeners  and exploit  Diana

Natale Plaintiff  all in the mean while making defamatory false statements.

65

Further Kirk Minihane went on to use the conversation in part of how he wanted his listeners to hear it, that was initially conducted on the phone prior to Plaintiffs knowledge of who the Defendants clearly were. Plaintiff stated before in this document and wants to reiterate that Plaintiff had told Kirk Minihane he did not have permission to record Plaintiff or use any part of a conversation that we had. Defendant Kirk Minihane not only disregarded my verbal and written notices to not record or use any part of the conversation ,he only used parts of the conversation that he thought he could intimidate Plaintiff and paint Plaintiff in a negative way on his Podcast The Case

2       Even after Plaintiff went to Plymouth Superior Court in Plymouth Ma for an Emergency Injunction against BarStool Sports and KIrk Minihane ,BarStool Sports , prior to "Episode 3 Diana" Kirk Minihane, Steve Robinson Producer and BarStool Sports made it clear that they intended to double-down on their defamatory allegations by planning to publish The Case Podcast to include "Episode 3 Diana " concerning the Plaintiff Diana Natale as well as other Episodes and has been non stop .Seemingly aware that those who live in glass houses should not throw stones, the Defendants have continued their False and Defamatory Statements and harassment regarding the Plaintiff.

66

## COUNT 1 – DEFAMATION

1.      Plaintiff realleges and incorporates herein by reference each of the prior paragraphs.  Defendants published their false and defamatory Podcast and The Kirk Minihane Show, The Case Wrap Up ,r/The Case on Reddit and continued on over 35 other media outlets and You Tube and talk shows that went  nationally and internationally concerning Diana Natale with a knowing and reckless disregard of the truth and thereby caused and continue to cause Diana Natale irrevocable damages and harm. The clear and essential gist and sting of Defendants' overall publications is that Diana Natale is a murderer ,ties young girl in a basement and allows neighborhood boys to rape her. Alledges Plaintiff peered over a fence where a body has alleged to be. locked young girl in a basement and in a closet ,casting spells to have a baby die. Diana Natale sues here based upon the ,made reference of Diana Natale being a murderer, overall knowing, slanted, false and defamatory sting of the publications and podcast in their entirety, as well as over specific statements set forth in the publications  and podcast which are too numerous to allege here in their entirety.The Stories are defamatory per se, in that the Stories falsely accuse Diana Natale of having committed a crime or crimes, including to allow sexual assaults and murder  .

67

2.      Defendants compounded their wrongdoing by continuing to publish and promote their defamatory Stories, and by failing and/or refusing to retract or update the Stories even after they were notified that the click bait, headlines, ledes, and substance of the Stories were false,unsupported by documentary evidence, and defamatory.

3.      Defendants' false and defamatory statements subjected Diana Natale to ridicule and scorn, sabotaging her reputation. The consequences of the false allegations in the headline of the Stories and the Stories themselves have been harmful to Diana Natale and her work and everyday life style,. The allegations,false statements that are defamatory and libel entries made on The Case Podcast,The Kirk Minihane Show,The Case Wrap Up Show,r/The Case on Reddit, You Tube and 35 + other media outlets will cause severe harm for generations. Can the harm that has been done ever be rectified ?

4.      As a result, Defendants are liable in damages to Diana Natale.the right to be free from unreasonable, substantial, or serious interference of her life from False Defamatory statements,

## COUNT 2 – INVASION OF PRIVACY (G.L. c. 214, § 1B)

1.      Plaintiff realleges and incorporates herein by reference each of the prior paragraphs.Massachusetts G.L. c. 214 §1B guarantees Diana Natale the right to be free from unreasonable, substantial, or serious interference with her privacy.

2.      Diana Natale rights to privacy include a right to be let alone and a right to be free from the public disclosure of private facts and information without her consent.

3.      Defendants' releasing and publishing of Diana Natale personal text messages and social media messages ,legal documents ,personal pictures and family pictures,voice mail, amounted to an unreasonable, substantial, and serious interference with and invasion of Diana Natales privacy in violation of G.L. c. 214 §1B and ofher common law rights to privacy.

4.      As a result of Defendants' invasion of Diana Natales privacy,Diana Natale was humiliated, felt invaded and ashamed, and suffered a violation of her privacy, dignity, and personal integrity. As a result of the Defendants' invasion of Diana Natale's  privacy ,Diana Natale  has suffered harm, injury, and damages

69

## COUNT 3 - VIOLATION OF MASSACHUSETTS WIRE

## TAPPING ACT

**Massachusetts Wiretapping Statute, G. L. c. 272 s 99 makes it illegal to: [S]ecretly hear, secretly record, or aid another to secretly hear or secretly record the contents of any wire or oral communication through the use of any intercepting device by any person other than a person given prior authority by all parties to such communication...**

      1.    Defendants Kirk Minihane and Steve Robinson did with intention violate Massachusetts Wire Tapping Act. It was clearly state to Kirk Minihane he was not to record or to share any conversation Plaintiff and it was backed up in writing. In January of 2024 after Kirk Minihane  shared recordings to a rogue group with affiliation with them and they re-posted on their group,Diana_Basement_4you ,Plaintiff was in utter shock and disbelief , Steve Robinson  is on video denying my claim, Plaintiff is in possession of it .Plaintiff at no time knew Steve Robinson was secretly on any phone calls never mind  listening to a conversation  say Quote " Diana if your listening honey recording laws don't apply to transcripts in print format I took very good notes,everything she said is fair game" end of quote

70

Defendant once again committed perjury and violated the Massachusetts Wiretapping

Statute, G. L. c. 272 s 99. Plaintiff will unequivocally prove there are clear violations of

the  Massachusetts Wiretapping Statute, G. L. c. 272 s 99 by Defendants Kirk Minihane

and Steve Robinson  for a jury to decide .

### COUNT 4 - VIOLATION OF MASSACHUSETTS  M.G.L.c.265.s43

Massachusetts Laws Governing Cyber Stalking and Copyright

Infringement. **Cyberstalking is a serious offense in Massachusetts,**

**and the state has strict laws against it**. Cyberstalking is defined as

using electronic communication to harass or intimidate someone.

1. Defendants Kirk Minihane and Steve Robinson on several occasions by
phone,using the  internet,Facebook messages ,removing Plaintiffs personal voice mail
with out Plaintiffs consent  Defendants then attached Plaintiffs voice mail to their
Podcast  "The Case" to further identify and embarrass the Plaintiff.  Defendants violated
Copyright  law, as to take Plaintiffs voice mail ,voice mail is an original  and was fixed
to Plaintiffs phone. Defendants did affix to their Podcast  The Case  and r/The case
group on Reddit  personal and family pictures

**Harassment through electronic communication may occur when information is distributed or sent. It is illegal to distribute, post, email, or disclose any other person's information without his or her consent.**

Plaintiff believes that she has enough evidence that she has compiled, that a reasonable jury will find Defendants guilty on all counts in this complaint.

## THE FIRST AMENDMENT IS NOT ABSOLUTE .

WHEREFORE, the plaintiff,  Diana Natale ,  respectfully requests that the Court grant her the following relief :

       1. after trial, enter judgment on Counts I ,II and 111 in her favor and award her damages in the amount assessed by the jury on each Count , including fess,costs and interest ; and

       2. grant such other further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims so triable.

Respectfully Diana Natale

Pro Se  Litigant

March25,2024

100 Village Way

Westport ,Ma 02790

diana4u2010 @gmail.com

Telephone -774-826-6633