UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Diana Natale ,

Plaintiff Pro Se

v.

BARSTOOL SPORTS,INC., DAVID PORTNOY
KIRK MINIHANE,STEVE ROBINSON,
JUSTIN TRUDELL,HARRISON MARKLOWSKY,
DCS INVESTAGATIONS
CHARLES CASTRO, MICHELLE LITTLEFIELD,

### MOTION FOR SEQUESTRATION OF WITNESSES

The Plaintiff moves, pursuant to Rule 615 of the FRE requires the Court to exclude witnesses from the courtroom, to avoid having a witness color his testimony by testimony of others. To prevent witnesses from shaping their testimony to match another's and to discourage fabrication and collusion. The Plaintiff now ask, in the interest of justice, that this motion also be impounded .

Plaintiff further moves to ask the Honorable Court to order specific restrictions to the an order that covers out of court communications. See: State v. Robinson ,895 F.#d 1206,1215 (2018)

Plaintiff prays upon the Honorable Court to allow this motion and the impounding of motion, because of the nature of this complaint and the parties involved. If Motion is denied,this will be all over the internet at first light possibly compromising the case.

By, Pro Se Litigant

*Diana Natale  3/24/2024*
Diana Natale

100 Village Way

Westport,Ma 02790

774-826-6633

diana4u2010@gmail.com