UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIANA NATALE,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 24-cv-10810-DJC <br> ) |
| **BARSTOOL SPORTS, INC., et al.,** | ) <br> ) |
| Defendants. | ) <br> ) |

## FINAL ORDER OF DISMISSAL

**CASPER, J.**                                                                                                           **August 19, 2024**

        For the reasons stated in the Order dated August 19, 2024, this action is dismissed.

                                              ROBERT M. FARRELL
                                              CLERK OF COURT

Dated: 8/19/2024                                 By /s/ Lisa Hourihan
                                                                Deputy Clerk